UNITED STATES of America,
Appellee,

v.

Omar PORTEE, also known as OG Mack, also known as The Godfather of the Bloods, also known as The Big Homey, also known as The Unknown, also known as Anybody Killer, also known as The Almighty, also known as The Panther, also known as The Big Lion, also known as Omar Porter, also known as Amar Porter, also known as John Johnson, also known as John Varfly, also known as Pierre Johnson, also known as Ron Johnson, Lemrey Andrews, also known as Pimp Blood Red, also known as Pimp Bloody, also known as Pimp, also known as Gerald Andrews, also known as Lenny Andrews, also known as Emmy Clark, also known as Young Redd, also known as PI, Gary E. Jackson, also known as OG G, also known as Gerry G, also known as B–More, also known as Lamont Jackson, also known as Monie Jackson, also known as Pierre Johnson, also known as Maurice Johnson, also known as I–Reek Moet, Defendants–Appellants,

Paulette McCartha, also known as OG P Ditty Mack, also known as P Ditty, also known as Mommy, also known as Big Momma, also known as Bif Mamma, also known as Jack Ma, also known as Prelette McCartha, Raliek Moore, Jr., also known as KO, also known as OG 5–9 Brim, also known as Ronald Moore, also known as Robosin May, also known as Ronald N. May, also known as Ronni Moore, Ronnell Booth, also known as Famo, Anthony Hernandez, also known as Lucky, also known as Oliver Goldstein, also known as Michael Angel Hernandez, Setowah Varfley, also known as Afrika, also known as Sandra Griffith, also known as Peggy V. Mathis, also known as Peggy Varfley, Wanda Williams, also known as Frank Anthony Nina, also known as Katherine Moore, also known as Tina Lopez, Latia Harris, also known as Titi, also known as Donald Arson, Darryl Strong, also known as Shaheem, also known as Syed I. Shah, also known as Shiam, Jerome Frazier, also known as Rico, Jessica Bachman, also known as Katherine Moore, also known as Karen Young and LNU1–01CR0450–015, also known as Rosalie Cream, Dushon Foster, also known as Jah Bee, also known as Bloody Jay Bee, also known as Ivien Jones, also known as Show Foster, also known as Shun Foster, also known as Shawn Davis, also known as Shon Foster, Defendants.

Nos. 03–1251–CR(L), 03–1257–CR, 03–1258–CR.

United States Court of Appeals,
Second Circuit.

Feb. 10, 2005.

Susan M. Damplo, Ardsley, N.Y. for Defendant–Appellant Omar Portee.

Jonathan Svetkey, Watters & Svetkey, New York, N.Y. for Defendant–Appellant Lemrey Andrews.

David Cooper (Steven Z. Legon, on the brief), New York, N.Y. for Defendant–Appellant Gary E. Jackson.

Daniel M. Gitner, Assistant United States Attorney (Ronnie Abrams, Elizabeth F. Maringer, Celeste L. Koeleveld, Assistant United States Attorneys, David N. Kelley, United States Attorney for the Southern District of New York), United States Attorney's Office for the Southern District of New York, New York, NY, for Appellee, of counsel.

PRESENT: JOSÉ A. CABRANES, ROBERT D. SACK Circuit Judges and EDWARD R. KORMAN * District Judge.

## SUMMARY ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 10th day of February, two thousand and five.

Following the Supreme Court's decision in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), this Court has issued an opinion in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), setting forth the procedure that we will normally follow with respect to appeals of criminal sentences rendered by district courts prior to *Booker.* Appellants are directed to submit to the Clerk of this Court by 5 p.m. on Monday, February 14, 2005, a one-page statement indicating whether appellants seek a remand for con-

sideration of whether resentencing should occur in light of *Booker* and *Crosby*.